# CHARGES AND PENALTIES

**CASE NAME:** JERROD JUSTIN HALE  **CASE NO.** 4:21-CR-6008-SMJ-3

TOTAL # OF COUNTS: 1   ☑ FELONY   ☐ MISDEMEANOR   ☐ PETTY OFFENSE

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 02, 2021

SEAN F. McAVOY, CLERK

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846 | Conspiracy to Distribute 400 grams or more of Fentanyl | CAG not less than 10 years nor more than life; and/or $10,000,000 fine; not less than 5 years nor more than life supervised release; a $100 special penalty assessment; and denial of certain federal benefits pursuant to 21 U.S.C. §§ 862 and 862a |
|  | 21 U.S.C. § 853 | Forfeiture Allegations |  |