# United States District Court, Eastern District of Washington
## Magistrate Judge Mary K. Dimke
### Richland

**USA v. JERROD JUSTIN HALE**          Case No.  **4:21-CR-6008-SMJ-3**

Richland Video Conference
The Defendant agreed to appear via video conference.

## Arraignment/Initial Appearance on Indictment:      03/04/2021

| | | | |
|---|---|---|---|
| ☒ | Sara Gore, Courtroom Deputy [R] | ☒ | Stephanie Van Marter, US Atty (video) |
| ☐ | Pam Howard, Courtroom Deputy [Y] | ☒ | Tim Nguyen, Defense Atty (video) |
| ☒ | Erica Helms, US Probation / Pretrial Services Officer (tele) | ☒ | Interpreter **NOT REQUIRED** |
| ☒ | Defendant present ☒ in custody, appearing by video from the Benton County Jail. | ☐ | Defendant not present / failed to appear |

| | | | |
|---|---|---|---|
| ☒ | USA Motion for Detention | ☒ | Rights given |
| ☐ | USA not seeking detention | ☒ | Acknowledgment of Rights previously filed |
| ☒ | Financial Affidavit (CJA 23) previously filed | ☒ | Defendant to receive a copy of charging document |
| ☐ | The Court will appoint the Federal Defenders | ☒ | Defendant waived reading of charging document |
| ☒ | Based upon conflict with Federal Defenders, the Court will appoint Tim Nguyen, a CJA Panel Attorney | ☐ | Charging document read in open court |
| ☐ | PRE-Trial Services Report ordered | ☒ | POST Pre-Trial Services Report ordered |
| ☐ | AO 199c Advice of Penalties/Sanctions filed | | |

## REMARKS

    Due to the current COVID-19 public health crisis, all parties including Defendant, are appearing by video or teleconference.

    Defendant appeared and was assisted by counsel and advised of their rights and the allegations contained in the charging document.

    The Defendant acknowledged to the Court that their true and correct name is: Jerrod Justin Hale. "Not guilty" plea entered.

    Discovery to be provided pursuant to the local rule on discovery.

    Oral order issued confirming the Government's disclosure obligations under the Due Process Protections Act and the possible consequences of violation of said order.   USA objects that the rule is overbroad and states the Government understands its discovery requirements.  Court overrules objection.  Written order to follow.

*Waived by Defendant.*
**USA's Motion for Detention is *granted*.**
*Subject to right to return before the Court should circumstances change.*

---