AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2021

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JERROD JUSTIN HALE | ) | Case No. 4:21-CR-6008-SMJ-3 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JERROD JUSTIN HALE,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), 846 Conspiracy to Distribute 400 grams or more of Fentanyl

Date: Mar 02, 2021, 2:27 pm

*Issuing officer's signature*

City and state: Spokane, Washington

Sean F. McAvoy, Clerk of Court/DCE
*Printed name and title*

### Return

This warrant was received on *(date)* 3/2/21, and the person was arrested on *(date)* 3/4/21
at *(city and state)* Richland, WA

Arrested within the E/WA

By: FBI
(Agency)

Date: 3/4/21

Executed On: 3/4/21
Sign: Reagan A. Harvey USMS
*Arresting officer's signature*

*Printed name and title*