1  Joseph H. Harrington
2  Acting United States Attorney
   Eastern District of Washington
3  Stephanie Van Marter
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 14 2021

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

7
8           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF WASHINGTON
9
10  UNITED STATES OF AMERICA,        | No. 4:21-CR-6008-SMJ
11              Plaintiff,           | SUPERSEDING INDICTMENT
12                                   |
13         v.                        | Vio: 21 U.S.C. §§ 841(a)(1),
                                     | (b)(1)(A)(vi), (viii), 846
14  JONATHAN SCOTT ARD,              | Conspiracy to Distribute 400
    JORDIN LEMUS,                    | grams or more of Fentanyl and
15  JERROD JUSTIN HALE, and          | 50 Grams or more of Actual
16  JASMINE MARIE CAMPBELL (a/k/a    | (Pure) Methamphetamine
17  "Lucas")                         | (Count 1)
18              Defendants.          | 21 U.S.C. § 841(a)(1),
19                                   | (b)(1)(B)(vi), 18 U.S.C. § 2
                                     | Possession with the Intent to
20                                   | Distribute 40 Grams or more of
21                                   | Fentanyl
22                                   | (Counts 2, 3)
23                                   |
                                     | 21 U.S.C. § 841(a)(1), (b)(1)(C),
24                                   | 18 U.S.C. § 2
25                                   | Possession with the Intent to
                                     | Distribute Heroin
26                                   | (Count 4)
27
28                                   | 21 U.S.C. § 841(a)(1),
                                     | (b)(1)(A)(vi), 18 U.S.C. § 2
                                     | Possession with the Intent to

SUPERSEDING INDICTMENT – 1

Distribute 400 Grams or more of Fentanyl
(Count 5)

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), 18 U.S.C. § 2
Possession with the Intent to Distribute 50 Grams or more of Actual (Pure) Methamphetamine
(Count 6)

18 U.S.C. §§ 922(g)(1), 924(a)(2)
Felon in Possession of a Firearm
(Counts 7, 8)

18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461
Forfeiture Allegations

## COUNT 1

Beginning on a date unknown, but by December 2020, and continuing until on or about April 13, 2021, in the Eastern District of Washington and elsewhere, the Defendants, JONATHAN SCOTT ARD, JORDIN LEMUS, JERROD JUSTIN HALE, and JASMINE MARIE CAMPBELL (a/k/a "Lucas"), and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine and 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and (vi), 846.

SUPERSEDING INDICTMENT – 2

## COUNT 2

On or about December 13, 2020, in the Eastern District of Washington, the Defendant, JONATHAN SCOTT ARD, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

## COUNT 3

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JONATHAN SCOTT ARD, knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), and 18 U.S.C. § 2.

## COUNT 4

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JONATHAN SCOTT ARD, knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C) and 18 U.S.C. § 2.

## COUNT 5

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JERROD JUSTIN HALE, knowingly and intentionally possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a "Fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), and 18 U.S.C. § 2.

## COUNT 6

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JERROD JUSTIN HALE, knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and 18 U.S.C. § 2.

## COUNT 7

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JONATHAN SCOTT ARD, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit: a Springfield XDM .40 caliber pistol, bearing serial number MG141882, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## COUNT 8

On or about March 3, 2021, in the Eastern District of Washington, the Defendant, JERROD JUSTIN HALE, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce, to wit: a Ruger LCP .380 caliber pistol, bearing serial number 371903965, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense of violation of 21 U.S.C. § 841, as charged in Counts 1 – 6 of this Superseding Indictment, the Defendants, JONATHAN SCOTT ARD (Counts 1 – 4); JORDIN LEMUS (Count 1);

SUPERSEDING INDICTMENT – 4

JERROD JUSTIN HALE (Counts 1, 5, and 6); and, JASMINE CAMPBELL. (a/k/a "Lucas") (Count 1), shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following listed assets:

Defendant JONATHAN SCOTT ARD:
- a Springfield XDM .40 caliber pistol, bearing serial number MG141882 loaded with one round of .40 caliber ammunition; and,
- Any and all seized ammunition and accessories, including: three (3) .40 caliber rounds of ammunition and a loaded magazine.

Defendant JERROD JUSTIN HALE:
- $8,942.00 U.S. currency; and,
- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- any and all seized ammunition and accessories, including:
    Forty-nine (49) .380 rounds with a stamp of *I*;
    Forty (40) .380 rounds with a stamp of "Federal Auto";
    Thirty-five (35) .380 rounds with a stamp of "Win Auto"; and,
    Twenty-six (26) .380 rounds with a stamp of "ACP Tulammo.
    all contained in a black case; and,
    Fifteen (15) loose rounds of .380 ammo stamped "Win Auto"; and,
    a loaded magazine.

If any forfeitable property, as a result of any act or omission of the Defendants:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

SUPERSEDING INDICTMENT – 5

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2), as set forth in Counts 7 and 8 of this Superseding Indictment, Defendants, JONATHAN SCOTT ARD (Count 7) and JERROD JUSTIN HALE (Count 8), shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

Defendant JONATHAN SCOTT ARD:

- a Springfield XDM .40 caliber pistol, bearing serial number MG141882 loaded with one round of .40 caliber ammunition; and,
- any and all seized ammunition and accessories, including: three (3) .40 caliber rounds of ammunition and a loaded magazine.

Defendant JERROD JUSTIN HALE:

- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- a Ruger LCP .380 caliber pistol, bearing serial number 371903965.
- any and all seized ammunition and accessories, including:
  Forty-nine (49) .380 rounds with a stamp of *I*;
  Forty (40) .380 rounds with a stamp of "Federal Auto";
  Thirty-five (35) .380 rounds with a stamp of "Win Auto"; and,
  Twenty-six (26) .380 rounds with a stamp of "ACP Tulammo.
  all contained in a black case; and,

//
//
//
//

Fifteen (15) loose rounds of .380 ammo stamped "Win Auto"; and, a loaded magazine.

DATED this 14 day of April 2021.

A TRUE BILL

Foreperson

*[signature]*
Joseph H. Harrington
Acting United States Attorney

*[signature]*
Stephanie Van Marter
Assistant United States Attorney

SUPERSEDING INDICTMENT – 7