UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
U.S. DISTRICT JUDGE SALVADOR MENDOZA JR

**PROPOSED CASE MANAGEMENT DEADLINES:**

|  | **Recommended Dates** |
|---|---|
| All pretrial motions, including discovery motions, *Daubert* motions, and motions *in limine*, filed | August 19, 2021 |
| **PRETRIAL CONFERENCE** | September 23, 2021 |
| CIs' identities, and willingness to be interviewed disclosed to Defendant (if applicable) | October 11, 2021 |
| Grand jury transcripts disclosed to Defendant:<br>　　Case Agent<br>　　CIs (if applicable)<br>　　Other Witnesses | <br><br>October 11, 2021<br>October 11, 2021<br>October 11, 2021 |
| Exhibit lists filed and emailed to the Court | October 18, 2021 |
| Witness lists filed and emailed to the Court | October 18, 2021 |
| Trial briefs, jury instructions, verdict forms, and requested voir dire filed and emailed to the Court | October 13, 2021 |
| Exhibit binders delivered to parties and to the Court | October 13, 2021 |
| Delivery of JERS-compatible digital evidence files to the Courtroom Deputy | October 15, 2021 |
| Trial notices filed with the Court | October 15, 2021 |
| Technology readiness meeting (in-person) | October 18, 2021 |
| **JURY TRIAL** | October 25, 2021 |