Tim Nguyen
TROY LEE & ASSOCIATES
117 N. 3rd St #201
Yakima, WA  98901
(509) 452-6235
Fax:  (509) 452-2518

Attorney for Defendant
JERROD JUSTIN HALE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERROD JUSTIN HALE,<br><br>Defendant | Case No.: 4:21-CR-06008-SMJ-3<br><br>DEFENDANT'S STATEMENT OF REASONS IN SUPPORT OF THE MOTION TO CONTINUE TRIAL |

My attorney has advised me of my right under the Speedy Trial Act, 18 U.S.C. § 3161, to go to trial within a seventy-day period. My attorney has also advised me that a continuance of the trial is needed, and we discussed the reasons for a continuance.

A motion to continue the trial has been filed.

My attorney has advised me, and I understand that, if the Court grants the motion to continue that all time between the date the motion to continue

Statement of Reasons- 1

was filed and the new date for trial will be excluded from the speedy-trial period under the Speedy Trial Act.

After reviewing the motion and discussing the reasons for the requested continuance with my attorney, I knowingly and voluntarily ask this Court to grant that motion to continue and reset the trial date from its current date of the trial date from its current date of **August 23, 2021** to a date not later than **August 23, 2021** for the reasons found in 18 U.S.C. § 3161: I want my attorney to be prepared for trial and review all the evidence including the new material provided just a few weeks ago.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ approved in person
Jerrod Justin Hale                    Date

I have read this form and discussed the contents with my client

/s/ Tim Nguyen
Tim Nguyen, WSBA No. 50579
Attorney for Defendant
117 N. 3rd Street #201
Yakima, WA  98901
(509) 452-6235
(509) 452-2518 fax
timnguyen@troyleelaw.net

Statement of Reasons- 2

# CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2021, I electronically filed the Statement of Reasons to Continue Trial with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

/s/ Tim Nguyen
Tim Nguyen, WSBA No. 50579
Attorney for Defendant
117 N. 3rd Street #201
Yakima, WA 98901
(509) 452-6235
(509) 452-2518 fax
timnguyen@troyleelaw.net

Statement of Reasons- 3