Tim Nguyen
LEE & ASSOCIATES
117 North 3rd Street, Suite 201
Yakima, WA 98901
(509) 452-6235
Fax: (509) 452-2518

Attorney for Defendant
Jerrod Justin Hale

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERROD JUSTIN HALE,<br><br>Defendant. | Case No.: 4:21-CR-06008-SMJ-3<br><br>DEFENDANT'S MOTION TO CONTINUE<br><br>**WITHOUT ORAL ARGUMENT**<br><br>**September 14, 2021 at 6:30 P.M., in Richland Federal District Court, Room 189** |

TO:  JOSEPH HARRINGTON, UNITED STATES ATTORNEY
     STEPHANIE VAN MARTER, ASSISTANT UNITED STATES ATTORNEY

JERROD JUSTIN HALE, by and through his attorney, TIM NGUYEN, and hereby moves this court for an order permitting him to continue his pretrial and trial dates.

The basis for the continuance is that counsel needs additional time to discuss trial options and plans with Mr. Hale. Counsel has discussed this

MOTION TO CONTINUE - 1

with Mr. Hale and he has no objections. Counsel has also verified with the Government and counsel for all defendants, and no objections were raised to the requested continuance.

RESPECTFULLY SUBMITTED this 14th day of September, 2021.

/s/ Tim Nguyen
Tim Nguyen, WSBA No. 50579
Attorney for Defendant
117 N. 3rd Street #201
Yakima, WA  98901
(509) 452-6235
(509) 452-2518 fax
timnguyen@troyleelaw.net

MOTION TO CONTINUE - 2

CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I electronically filed the Motion to Continue with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following: Stephanie Van Marter, Assistant United States Attorney.

/s/ Tim Nguyen
Tim Nguyen, WSBA No. 50579
Attorney for Defendant
117 N. 3rd Street #201
Yakima, WA  98901
(509) 452-6235
(509) 452-2518 fax
timnguyen@troyleelaw.net

MOTION TO CONTINUE - 3