Case 4:21-cr-06008-EFS    ECF No. 166    filed 12/01/21    PageID.444    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 01, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JERROD JUSTIN HALE,<br><br>     Defendant. | No. 4:21-CR-06008-SMJ-3<br><br>**ORDER ACCEPTING GUILTY PLEA** |

The Court finds that Defendant's plea of guilty to Counts 1 and 8 of the Superseding Indictment is knowing, intelligent, and voluntary and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crimes, the essential elements of the charged crimes, the Government's evidence of the charged crimes, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crimes charged.

Accordingly, **IT IS HEREBY ORDERED**:

 **1.** Defendant's guilty plea to Counts 1 and 8 are **ACCEPTED**.

 **2.** The trial date is **STRICKEN**.

 **3.** All pending motions are **DENIED AS MOOT**.

ORDER ACCEPTING GUILTY PLEA – 1

4.  By and through this Order, the District Court Executive is authorized to accept Defendant's payment in the amount of $100 per count, for a total of $200.00, toward Special Penalty Assessments.

**IT IS SO ORDERED.** The Clerk's Office is hereby directed to enter this order and furnish copies to all counsel.

**DATED** this 1st day of December 2021.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER ACCEPTING GUILTY PLEA – 2