FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JERROD JUSTIN HALE,<br><br>Defendant. | No. 4:21-CR-06008-SMJ-3<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

Before the Court, without oral argument, is the Government's Motion for Entry of a Preliminary Order of Forfeiture, ECF No. 168. Having reviewed the record in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

**1.** The Government's Motion for Entry of a Preliminary Order of Forfeiture, **ECF No. 168**, is **GRANTED**.

**2.** As the result of Defendant Jerrod Justin Hale's guilty pleas to Counts 1 and 8 of the Superseding Indictment charging Defendant with Conspiracy to Distribute 400 grams or more of Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi) and 846 and Felon in Possession of Firearm, in violation of 18 U.S.C. §§ 922(g)(1),

PRELIMINARY ORDER OF FORFEITURE – 1

924(a)(2)924(c)(1)(A)(ii), for which the United States sought forfeiture of assets pursuant to 21 U.S.C. § 853 and/or 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), Defendant shall forfeit to the United States the below-listed assets involved or used in the commission of the offenses.

3.   Based on Defendant's plea agreement, the following listed assets are subject to forfeiture under 21 U.S.C. § 853 and/or 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). The Government has established the requisite nexus between such property listed as follows and the offenses to which Defendant pleaded guilty:

- $8,942.00 U.S. currency;

- a Ruger LCP .380 caliber pistol, bearing serial number 371903965; and

- Any and all seized ammunition and accessories, including:

    Forty-nine (49) .380 rounds with a stamp of *I*; Forty (40) .380 rounds with a stamp of "Federal Auto"; Thirty-five (35) .380 rounds with a stamp of "Win Auto"; and, Twenty-six (26) .380 rounds with a stamp of "ACP Tulammo", all contained in a black case; and,

    Fifteen (15) loose rounds of .380 ammo stamped "Win Auto"; and, a loaded magazine.

4.   Under 21 U.S.C. § 853(n)(1), the United States shall post notice of the order on the official government internet site (www.forfeiture.gov) for

PRELIMINARY ORDER OF FORFEITURE – 2

at least thirty consecutive days. The United States shall also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for posted internet notice as to those persons so notified.

5. Any person, other than the above-named Defendant, asserting a legal interest in the above-listed property may, within thirty days of the final posting of the notice, or receipt of notice, whichever is earlier, petition the Court for a hearing without a jury to adjudicate the validity of their alleged interest in the above-listed property, and for an amendment of this Preliminary Order of Forfeiture, under Federal Rule of Criminal Procedure 32.2(6) and 21 U.S.C. § 853(n).

6. Any petition filed by a third party asserting an interest in the above-listed property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in said property, the time and circumstances of the petitioner's acquisition of the right, title or interest in said property, and any additional facts supporting petitioner's claim and the relief sought.

PRELIMINARY ORDER OF FORFEITURE – 3

7. After disposition of any motion filed under Federal Rule Criminal Procedure 32.2 and before hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

8. Under Federal Rule Criminal Procedure 32.2(b)(4)(A) and (B), this Preliminary Order of Forfeiture is final as to Defendant at the time of sentencing and is made part of the sentence and included in the judgment.

9. The United States shall have clear title to the above-listed property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in Rule 32.2(c)(2), and 21 U.S.C. § 853(n), for the filing of third-party petitions.

//
//
//
//
//
//
//

**10.** The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, under Federal Rule of Criminal Procedure 32.2(e).

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 11th day of January 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge