Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JERROD JUSTIN HALE,<br><br>Defendant. | No.  4:21-CR-6008-SMJ-3<br><br>NOTICE OF PUBLICATION |

In accordance with 21 U.S.C. § 853 and Fed. R. Crim. P. 32.2, the United States posted notice of the forfeiture on an official internet government website (www.forfeiture.gov) for at least 30 consecutive days beginning on January 12, 2022 through February 10, 2022. A Declaration and a copy of the Notice and Advertisement Certification Report are attached.

DATED: February 17, 2022.

Vanessa R. Waldref
United States Attorney

*s/ Stephanie Van Marter*
Stephanie Van Marter
Assistant United States Attorney

NOTICE OF PUBLICATION            1

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following CM/ECF participant(s):

Tim Nguyen
timnguyen@troyleelaw.net

        *s/ Stephanie Van Marter*
        Stephanie Van Marter
        Assistant United States Attorney

NOTICE OF PUBLICATION    2