DECLARATION

I, Darcy L. Markham, am a Forfeiture Support Associates Paralegal assigned to the United States Attorney's Office for the Eastern District of Washington, Spokane, Washington, and am the responsible paralegal for this action. This declaration is made in support of a notice of publication filed in <u>United States v. Jerrod Justin Hale</u>, 4:21-CR-6008-SMJ-3.

As required by Fed. R. Crim. P. 32.2 and 21 U.S.C. § 853(n), notice of forfeiture was published via the official internet government forfeiture site, www.forfeiture.gov, said notice is attached hereto. Such notice was published on the site for at least 30 consecutive days beginning January 12, 2022, and publishing through February 10, 2022, as evidenced by the attached Advertisement Certification Report.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted: February 17, 2022

*[Signature: Darcy Markham]*

Darcy L. Markham
Forfeiture Support Associates
Paralegal