Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
P.O. Box 1494
Spokane, WA 99210-1494
Telephone: (509)353-2767

UNITED STATES DISTRICT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JERROD JUSTIN HALE,<br><br>  Defendant. | NO. 4:21-CR-06008-SMJ-3<br><br>CERTIFICATE OF SERVICE OF NOTICE BY MAIL |

 I hereby declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that on April 15, 2022, I served the Notices of Preliminary Order of Forfeiture, attached hereto, and a copy of the Preliminary Order of Forfeiture (ECF No. 181), filed in the above-entitled action, upon the following persons, who may have an interest in the property, by placing said copies in prepaid envelopes, via regular, first-class U.S. mail and via certified U.S. mail, return receipt requested, addressed to the persons hereinafter named at his/her last known address, as I am informed and believe, and by

CERTIFICATE OF SERVICE OF NOTICE BY MAIL                                                            1

placing said envelopes and contents in the United States mail at Spokane, Washington:

Chani Brisby
Certified Receipt #:  7019 1120 0000 6605 1746

Jack Lowery Powell
Certified Receipt #:  7019 1120 0000 6605 1753

Darcy L. Markham
FSA Paralegal

CERTIFICATE OF SERVICE OF NOTICE BY MAIL                                    2