Rick Hernandez
HERNANDEZ LAW OFFICES, LLC
P.O. Box 1039
Sunnyside, WA. 98944
(509) 837-3184

Attorney for Oscar Barrera-Gaytan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 4:21-cr-06008-SMJ-3 |
| Plaintiff, | ) | |
| | ) | MOTION AND |
| vs. | ) | DECLARATION TO |
| | ) | CONTINUE SENTENCING |
| JERROD JUSTIN HALE, | ) | |
| | ) | |
| | ) | Without Oral Argument |
| | ) | Monday May 16, 2022 |
| Defendant. | ) | 6:30pm |

COMES NOW the Defendant, Jerrod Justin Hale, by and through his attorney of record, Ricardo Hernandez, and moves this court for an order continuing the Sentencing Hearing date set for June 23, 2022 at 9:00 a.m. to August 18, 2022 at 10:00 a.m.

This motion is based upon the court file in the instant case, and the accompanying declaration of counsel.


DATED this 12th day of May 2022.


s/ Ricardo Hernandez
Ricardo Hernandez

RICARDO HERNANDEZ, being first duly sworn upon oath, deposes and

States as follows:

1.    I am the court appointed attorney of record for the defendant in the above matter.

2.    The Sentencing date is set for June 23, 2022 at 9:00 a.m.

3.    Defense counsel was recently appointed and needs additional time to prepare for

sentencing.

4.    The parties are in the process of scheduling the presentence interview with U.S.

Probation.

5.    The government does not object to a continuance.

I hereby certify under penalty of perjury under the laws of the State of Washington that the

foregoing is true and correct to the best of my knowledge.


Dated this 12th day of May 2022

s/ Ricardo Hernandez
Ricardo Hernandez


I hereby certify that on May 12, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Stephanie Vanmarter, Assistant U.S. Attorney.

s/ Ricardo Hernandez
Ricardo Hernandez

MOTION AND DECLARATION TO CONTINUE
SENTENCING                                      - 2 -