FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 02, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.   4:21-cr-6008-EFS-3 |
| Plaintiff, | **ORDER SETTING EX-PARTE HEARING** |
| v. | |
| JERROD JUSTIN HALE, | |
| Defendant. | |

Based on recent filings,[1] the Court finds good cause to conduct an ex-parte hearing with Defendant and defense counsel.

**IT IS HEREBY ORDERED:**

**1.** The Court **SETS** an **ex-parte** hearing for **Thursday, December 08, 2022**, at **10:00 a.m.** in **Richland**. Defendant and his counsel, Ricardo Hernandez, shall attend the ex-parte hearing.

**2.** The Court **RESETS** the **Thursday, December 08, 2022** sentencing hearing to begin at **10:15 a.m.** in **Richland**. Counsel for the United

---

[1] *See* ECF No. 273.

Order — Page **1** of 2

States and the assigned U.S. Probation Officer may attend this hearing either in person or by videoconference, after which the Court will likely continue the sentencing hearing and refer this matter to Magistrate Judge Ekstrom for appointment of counsel.

IT IS SO ORDERED. The Clerk's Office is directed to enter this order and provide copies to Defendant, counsel, the U.S. Probation Office, and the U.S. Marshals Service.

**DATED** this 2nd day of December 2022.

*Edward F. Shea*

EDWARD F. SHEA
Senior United States District