## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | | Case No. | 4:21-CR-6008-EFS-3 |
| --- | --- | --- | --- |
| | Plaintiff, | CRIMINAL MINUTES | |
| -vs- | | DATE: | DECEMBER 8, 2022 |
| JERROD JUSTIN HALE, | | LOCATION: | RICHLAND |
| | Defendant. | IN-COURT HEARING | |

| Senior Judge Edward F. Shea | | |
| --- | --- | --- |
| Sara Gore | 02 | Kimberly Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Stephanie Van Marter | | Ricardo Hernandez |
| **Government Counsel** | | **Defense Counsel** |

**[XX]  Open Court**

Defendant present, in custody of the US Marshal

Court informs the parties he is granting the motion to withdraw and resetting the sentencing hearing for new counsel.

**Court:** Motion to withdraw is **granted**; withdraws Attorney Ricardo Hernandez and will appoint a new attorney; Referred to Magistrate Judge for appointment of new counsel.

**Sentencing** is **RESET** to **3/28/2023** at **1:15 p.m.** in **Richland.**

**[XX] ORDER FORTHCOMING**

| **CONVENED:** 10:21 A.M. | **ADJOURNED:** 10:24 A.M. | **TIME:** :3 HR. | **CALENDARED** [  ] |
| --- | --- | --- | --- |